UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO 2924
PRODUCTS LIABILITY                20-MD-2924
LITIGATION

                                          JUDGE ROBIN L ROSENBERG
                         MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**
Patricia Kruml and Laddie Kruml, wife and husband
(Plaintiffs Name(s))

## SHORT-FORM COMPLAINT

The Plaintiffs named below, by counsel, files this Short Form Complaint against Defendants named below. Plaintiffs incorporate by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiffs select and indicate by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiffs shall add and include them herein.

Plaintiffs, by counsel, allege as follows:

                 **I.**         **PARTIES, JURISDICTION, AND VENUE**

**A. PLAINTIFF(S)**

1. Plaintiff(s) <u>Patricia Kruml, patient and cancer victim,</u> ("Plaintiff(s)") brings this action (check the applicable designation):

    _x_ On behalf of *herself*;

    ___ In representative capacity as the _____, on behalf of the injured party, (Injured     Party's     Name) _____.

- 1 -

2. Injured Party is currently a resident and citizen of (City, State) <u>Rural Sargent, Nebraska</u> and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year)_____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3. <u>Laddie Kruml</u> ("Consortium Plaintiff") alleges damages for loss of consortium.

10E9420

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of  Rural -  Sargent, Nebraska.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in Rural -  Sargent, Nebraska.

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

    a. **Brand Manufacturers: Sanofi US LLC, Sanofi SA, Sanofi _____, Pfizer, Inc.. Boehringer Ingelheim**

    b. **Generic Manufacturers:** Dr. Reddy's Inc., Dr. Reddy's Laboriteis Limited

    c. **Distributors:** Sam's Club, Inc.  and Walmart, Inc.

    d. **Retailers:** Sam's Club, Inc.  and Walmart, Inc

**C. JURISDICTION AND VENUE**

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:
District Court, District of Nebraska

8. Jurisdiction is proper upon diversity of citizenship.

## II.    PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

    ____ By prescription

    __X__ Over the counter

*10.* The Injured Party used Zantac and/or generic ranitidine from approximately (month, year)_____March 2001___ to___April 2020_____.

### III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| | BLADDER CANCER | |
| | BRAIN CANCER | |
| | BREAST CANCER | |
| | COLORECTAL CANCER | |
| | ESOPHAGEAL/THROAT/NASAL CANCER | |
| | INTESTINAL CANCER | |
| X | KIDNEY CANCER | September 10, 2018 |
| | LIVER CANCER | |
| | LUNG CANCER | |
| | OVARIAN CANCER | |
| | PANCREATIC CANCER | |
| | PROSTATE CANCER | |
| | STOMACH CANCER | |

|   |   |   |
|---|---|---|
|   | TESTICULAR CANCER |   |
|   | THYROID CANCER |   |
|   | UTERINE CANCER |   |
|   | OTHER CANCER: _____ |   |
|   | DEATH (CAUSED BY CANCER) |   |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| x | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| x | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| x | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| x | IV | NEGLIGENCE – FAILURE TO WARN |
| x | V | NEGLIGENT PRODUCT DESIGN |
| x | VI | NEGLIGENT MANUFACTURING |
| x | VII | GENERAL NEGLIGENCE |
| x | VIII | NEGLIGENT MISREPRESENTATION |
| x | IX | BREACH OF EXPRESS WARRANTIES |
| x | X | BREACH OF IMPLIED WARRANTIES |
| x | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: |

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| x | XII | UNJUST ENRICHMENT |
| x | XIII | LOSS OF CONSORTIUM |
|  | XIV | SURVIVAL ACTION |
|  | XV | WRONGFUL DEATH |
| X | XVI | OTHER: Strict Liability in Tort |
| X | XVII | OTHER: Conscious Pain & Suffering |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):
_____
_____
_____

## V. JURY DEMAND

14. Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs have been damaged as a result of Defendants' actions or inactions and demand judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

May 29, 2021

> By:   *David A. Domina*  11043NE
> Domina Law Group pc llo
> 2425 South 144th St. Omaha NE 68144-3267
> 402 493 4100
> ddomina@dominalaw.com
>
> Plaintiffs' Lawyer